■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Sections of Major Deegan Expressway, in the Borough of Bronx, City of New York. HENRY SIMON et al., Appellants.— Decree so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ SIRE PLAN, INC., Appellant, v. 130–138 WEST 42ND STREET CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ. [12 Misc 2d 587.]

■ In the Matter of ADDA, INC., Respondent, against TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.— Order unanimously modified, with $20 costs and disbursements to the appellants, so as to fix the values for the property designated at 1514–1530 Broadway, Manhattan, as follows: For the tax years 1953–1954 and 1954–1955, Land $4,700,000, Building $1,400,000, Total $6,100,000. As so modified, the order is affirmed. The values fixed by Special Term on this record are not justified. Settle order on notice. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ.

■ JOHN BARLOW, Appellant-Respondent, v. FRANK STANE, Respondent-Appellant.— On this record, we find the damages awarded below to be inadequate. Judgment unanimously modified on the law and on the facts by increasing the amount of plaintiff's damages to $4,000 and judgment directed in plaintiff's favor for that amount and, as so modified, the judgment is affirmed, with costs to appellant. Settle order. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ.

■ JULIEN J. STUDLEY, INC., Appellant, v. HARRY GEISINGER et al., Doing Business as GEISINGER & RAU REALTY CORP., et al., Defendants, and HYMAN GROSS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ. [12 Misc 2d 527.]

■ In the Matter of the Arbitration between INTERNATIONAL NEWS SERVICE, KING FEATURES SYNDICATE DIVISION, HEARST CORPORATION, Appellant, and S. L. GERECZY, as Secretary-Treasurer of Commercial Telegraphers Union, International News Service Division 61, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MILTON GARVIN, as Administrator of the Estate of MURRAY GARVIN, Deceased, Respondent, v. LESTER T. DOYLE, as Trustee in Reorganization of Surface Transportation Corporation of New York, et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANDY BROWN, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.